```
1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2785
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. S-04-241-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE MOTIONS BRIEFING SCHEDULE |
| ROBERT S. PINNEY, | ) | |
| Defendant. | ) | |

   The United States, by and through the undersigned Assistant United States Attorney, and the defendant, through counsel, Shari Rusk, hereby agree and stipulate that the motions schedule previously set in this case should be vacated and the time for motions hearing be set for May 24, 2005.

   Defendant has filed two motions and the government needs additional time to conduct some factual investigation in order to prepare its responses. Defendant's counsel has agreed to a continuation of the schedule. The defendant is out of custody.

-1-

Accordingly, the parties request that the motions schedule be modified as follows:

        Government Oppositions Due    May 3, 2005

        Defendant's Replies Due    May 17, 2005

        Motions Hearing    May 24, 2005

The parties recognize that there are pending motions and that no additional findings are required of the Court regarding the Speedy Trial Act.

DATED: April 12, 2005    Respectfully submitted,

    McGREGOR W. SCOTT
    United States Attorney

    /s/ Anne Pings
    Assistant United States Attorney

    /s/ Shari Rusk
    Shari Rusk, Counsel for Defendant
    Signed with permission

**ORDER**

For the reasons given by the parties in the Stipulation and Order to Continue Motions Briefing Schedule, the briefing schedule shall be modified as requested and the motions hearing in this case shall be set for May 24, 2005, at 8:30 a.m.

**IT IS SO ORDERED**.

DATED: April 15, 2005

    MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE