```
McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. S-04-241-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE BRIEFING SCHEDULE |
| | ) | AND MOTIONS HEARING DATE |
| ROBERT S. PINNEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States, by and through the undersigned Assistant United States Attorney, and the defendant, through counsel, Shari Rusk, hereby agree and stipulate that the motions schedule previously set in this case should be vacated and the time for motions hearing be set for September 13, 2005.

Defendant has filed two motions. The government has filed a response to the motion for disclosure of the informant. However, there is a factual issue raised by the defendant that needs to be further investigated before the government can file its

-1-

opposition to the motion to suppress evidence. The motion to suppress evidence is a dispositive motion.

After initial investigation by the government, the undersigned learned that additional investigation of events occurring at the Deuel Vocational Institution would be required in order to provide a complete response.

Defendant's counsel has agreed to a continuation of the schedule. Although the parties would normally ask for just a brief continuance, Ms. Rusk is expecting a new baby at the end of May and will not be available to participate in a motions hearing until September. The defendant is out of custody. Ms. Rusk states that the defendant has previously stated that he understood that additional time might be needed to prepare motion responses and that there may be a delay due to her schedule.

Accordingly, the parties request that the motions schedule be modified as follows:

> Government Opposition Due       August 23, 2005
> (On motion to suppress evidence)
>
> Defendant's Replies Due          September 6, 2005
> (Both motions)
>
> Motions Hearing                   September 13, 2005
> (Both motions)

///
///
///
///
///
///

Because there are pending motions, no additional findings are required of the Court regarding the Speedy Trial Act.

DATED: May 3, 2005              Respectfully submitted,

                                McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Anne Pings
                                Assistant United States Attorney

                                /s/ Shari Rusk
                                Shari Rusk, Counsel for Defendant
                                Signed with permission

### ORDER

For the reasons given by the parties in the Stipulation and Order to Continue Briefing Schedule and Motions Hearing, the briefing schedule shall be modified as requested and the motions hearing in this case shall be set for September 13, 2005, at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: May ____, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE