```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>    vs.<br><br>Robert Pinney,<br><br>           Defendant | Case No.: CR.S. 04-0241 MCE<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE<br><br>Court:  Hon. Judge Morrison C. England<br>Time:   8:30 a.m.<br>Date:   December 13, 2005 |

      An evidentiary hearing was scheduled on Defendant Robert Pinney's motion to suppress evidence for November 8, 2005. In discussions with the government it appears that a resolution of the case may be possible. If the parties come to agreement, it will alleviate the need for an evidentiary hearing. Thus, the parties request a status conference be held on December 13, 2005. The parties understand that this date is available with the Court. While the parties are exploring potential settlement negotiations, time should be excluded both for the pending motions and the discussions regarding resolving this matter.

1

If the parties cannot resolve this matter, we will notify the Court at the earliest possible time to inform the Court that an evidentiary hearing is still necessary.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4, up to and through December 13, 2005.

Dated: November 3, 2005          Respectfully submitted,


                                  /s/ Shari Rusk
                                 Shari Rusk
                                 Attorney for Defendant
                                 Robert Pinney


Dated: November 3, 2005          /s/  Ellen Endrizzi
                                  Ellen Endrizzi
                                  Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through December 13, 2005, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: November 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2