MCGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S. 04-0241 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO RESCHEDULE STATUS** |
| v. ) | **CONFERENCE AND EXCLUDE TIME** |
| ) | |
| ROBERT STEPHEN PINNEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The undersigned parties stipulate and agree to reschedule the status conference currently set for December 13, 2005 to January 17, 2006, at 8:30 a.m.  The parties request that the time continue to be excluded up to and including January 17, 2006, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code T4 for defense preparation.  The parties have been negotiating diligently a disposition of the case and additional time is necessary to finalize an agreement. Both parties believe good cause has been shown to exclude time, taking into consideration the public interest in the prompt disposition of criminal cases.
///

1

1  The parties will alert the Court immediately if negotiations
2 fail, so that a date may be scheduled for a suppression hearing
3 (originally set for November 8, 2005).
4 Dated:  December 5, 2005

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

               By:  /s/ Ellen V. Endrizzi
                    ELLEN V. ENDRIZZI
                    Assistant U.S. Attorney

                              SHARI RUSK, CBN 170313

               By:  /s/ Shari Rusk
                    per telephonic authority

                              Law Office of Shari Rusk
                              1710 Broadway, Suite 111
                              Sacramento, CA 95818
                              (916) 804-8656

                              Attorney for Defendant
                              Robert Stephen Pinney

## **O R D E R**

Good cause having been shown, time is excluded in Case No. CR. S. 04-241 MCE from December 13, 2005 through and including January 17, 2006, for defense counsel preparation and continuing plea negotiation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4.

IT IS SO ORDERED.

Dated: December 8, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE