Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:04-cr-0241 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. Judge Morrison C. England |
| Robert Pinney, | Time: 8:30 a.m. |
| Defendant. | Date: April 4, 2006 |

Defendant Robert Pinney is charged in an indictment alleging three counts of violations of 21 U.S.C. §§s 841(a)(1) 18 U.S.C. § 922(g) – Conspiracy to Distribute Methamphetamine and Felon in Possession of a Firearm.  Subsequent to the filing of motions in this matter, the parties reached a potential negotiated settlement.  It is necessary for the parties to meet to accomplish the final goals before formalizing this agreement.  A status conference was set for February 21, 2006.  The parties need additional time to meet, therefore the parties request that the Status Conference be continued to April 4, 2006 and that time be excluded.

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: February 16, 2006          Respectfully submitted,

                                  ____Shari Rusk_____
                                  /s/ Shari Rusk
                                  Attorney for Defendant
                                  Robert Pinney


Dated: February 16, 2006          __Ellen Endrizzi_____
                                  /s/ Ellen Endrizzi
                                  Assistant United States Attorney


**ORDER**

    IT IS SO ORDERED.  The Court finds excludable time through April 4, 2006, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: February 24, 2006

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE