Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.:2:04-cr-0241 MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| vs. | ) |
| | ) DATE:  June 6, 2006 |
| | ) TIME:   8:30 a.m. |
| | ) COURT:  Hon. Morrison C. |
| Robert Pinney, | )          England |
| | ) |
| Defendant | |

Defendant Robert Pinney is charged in an indictment alleging three counts of violations of 21 U.S.C. §§s 841(a)(1) 18 U.S.C. § 922(g) – Conspiracy to Distribute Methamphetamine and Felon in Possession of a Firearm.  A status conference was set for June 6, 2006.  The parties were in negotiations regarding settlement of this matter.  The government recently discovered documents that substantially effect the parties negotiations.  It is necessary for the parties to see if a resolution of this matter can still be reached.

The parties therefore request that the status conference be continued to July 18, 2006 at 8:30 a.m.  This date is available with the Court.   The parties agree that time should be excluded under 18

U.S.C. § 3161(h)(8)(i) for defense preparation and under local code
T4.


Dated: June 2, 2006             Respectfully submitted,



                                _/s/ Shari Rusk_____
                                Shari Rusk
                                Attorney for Defendant
                                Robert Pinney



Dated: June 2, 2006             /s/ Ellen Endrizzi_____
                                Ellen Endrizzi
                                Assistant United States Attorney



                            **ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through July
18, 2006, based on Local Code T4, giving counsel reasonable time to
prepare.
DATED: June 6, 2006
                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE