MARK J. REICHEL, Bar #155034
Attorney At Law
655 University Ave., Suite 215
Sacramento, California  95825
Telephone: (916) 974-7033

Attorney for Defendant
ROBERT PINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:04-cr-0241-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE STATUS** |
| | ) **CONFERENCE DATE; ORDER THEREON** |
| v. | ) |
| | ) DATE: November 7, 2006 |
| | ) TIME: 8:30 a.m. |
| ROBERT PINNEY, et al. | ) JUDGE: HON. MORRISON C. ENGLAND |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, ELLEN V. ENDREZZI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant PINNEY, that the present date for the status hearing of October 3, 2006 be vacated and re calendared for November 7, 2006.

This continuance is requested as defense counsel needs adequate time to prepare for the case.  Defense counsel has received a large volume of discovery and is researching the motions presently on file.

Accordingly, all counsel and defendant agrees that time under the Speedy Trial Act from the date this stipulation is lodged, through November 7, 2006 should be excluded in computing the time within which

1 trial must commence under the Speedy Trial Act, pursuant to Title 18
2 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
3 DATED: October 12, 2006.                Respectfully submitted,
4                                         MARK J. REICHEL, ESQ.
5                                         /s/ MARK J. REICHEL
                                          MARK J. REICHEL
6                                         Attorney for ROBERT PINNEY

7                                         McGREGOR W. SCOTT
                                          United States Attorney
8
9 DATED: October 12, 2006.                /s/MARK J. REICHEL for:
                                          ELLEN V. ENDREZZI
10                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff
11

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2