MARK J. REICHEL, Bar #155034
Attorney At Law
655 University Ave., Suite 215
Sacramento, California  95825
Telephone: (916) 974-7033

Attorney for Defendant
ROBERT PINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:04-cr-0241-MCE |
| | ) |
| Plaintiff, | ) **STIPULATION TO CONTINUE STATUS** |
| | ) **CONFERENCE DATE; ORDER THEREON** |
| v. | ) |
| | ) DATE: December 19, 2006 |
| | ) TIME: 8:30 a.m. |
| ROBERT PINNEY, et al., | ) JUDGE: HON. MORRISON C. ENGLAND |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, ELLEN V. ENDREZZI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant PINNEY, that the present date for the status hearing of December 5, 2006 be vacated and re calendared for December 19, 2006.

This continuance is requested as defense counsel needs adequate time to prepare for the case.  Defense counsel has received a large volume of discovery and is researching the motions presently on file.

Accordingly, all counsel and defendant agrees that time under the Speedy Trial Act from the date this stipulation is lodged, through December 19, 2006 should be excluded in computing the time within which

trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: December 4, 2006.                    Respectfully submitted,

                                            MARK J. REICHEL, ESQ.

                                            /s/ MARK J. REICHEL
                                            MARK J. REICHEL
                                            Attorney for ROBERT PINNEY

                                            McGREGOR W.  SCOTT
                                            United States Attorney

DATED: December 4, 2006.                    /s/MARK J. REICHEL for:
                                            ELLEN V. ENDREZZI
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

# O R D E R

   **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: December 4, 2006

                                            _____
                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE