1  MARK J. REICHEL, Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  555 CAPITOL MALL , SIXTH FLOOR Suite 600
   Sacramento, California  95814
3  Telephone: (916) 974-7033

4  Attorney for Defendant
   ROBERT PINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.  CR.S-04-241 MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **DATE FOR SELF SURRENDER** |
| | ) | |
| ROBERT PINNEY, | ) | Date: JUNE 15, 2007 |
| | ) | Time: N/S |
| Defendant. | | Judge: HON. MORRISON C. ENGLAND |

   IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO that the date for the self surrender of the defendant to serve the term previously imposed shall be set for July 5, 2007 at 2:00 p.m.  The previous date of June 14, 2007 is vacated.

   IT IS SO AGREED:


DATED: June 14, 2007                    MARK J. REICHEL
                                        ATTORNEY AT LAW
                                        Attorney for defendant


                                        /S/ Mark Reichel




Stip on self surrender

| | |
|---|---|
| DATED: June 14, 2007 | MCGREGOR SCOTT<br>UNITED STATES ATTORNEY |
| | /s/ Mark Reichel |
| | By ELLEN V. ENDRIZZI<br>    ASSISTANT UNITED STATES ATTORNEY |

**IT IS SO ORDERED.** All other orders of this court in regard to sentence, surrender and temporary release shall remain in full force and effect.

Dated: June 18, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip on self surrender                    2