MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258

Attorney for Defendant
ROBERT PINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-00241-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO EXTEND DATE FOR** |
| | ) | **SELF SURRENDER** |
| | ) | |
| ROBERT PINNEY | ) | DATE: July 30, 2007 |
| | ) | TIME: n/a |
| Defendants. | ) | JUDGE: HON. MORRISON C. ENGLAND |
| _____ | ) | |
| | ) | |

It is hereby stipulated between the parties hereto that the date for the self surrender of this defendant shall be continued to the date of July 30, 2007.

DATED: July 6, 2007.          Respectfully submitted,

                              MARK J. REICHEL, ESQ.


                              /s/ MARK J. REICHEL
                              MARK J. REICHEL
                              Attorney for ROBERT PINNEY

                              McGREGOR W.  SCOTT
                              United States Attorney

DATED: July 6, 2007.          /s/MARK J. REICHEL for:
                              ELLEN V. ENDREZZI
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

///not anticipated

1 **O R D E R**

2 **IT IS SO ORDERED.** All other orders, terms and conditions of the
3 defendants release shall remain in full force and effect.

4 Dated: July 6, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE