1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  555 Capitol Mall, Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258

4  Attorney for Defendant
   ROBERT PINNEY
5

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      ) NO. 2:04-cr-00241-MCE
                                  )
9              Plaintiff,         ) **STIPULATION TO EXTEND DATE FOR**
                                  ) **SELF SURRENDER**
10     v.                         )
                                  ) DATE: August 13, 2007
11                                ) TIME: n/a
   ROBERT PINNEY                  ) JUDGE: HON. MORRISON C. ENGLAND
12                                )
               Defendant.         )
13 _____)
                                  )
14

15     It is hereby stipulated between the parties hereto that the date

16 for the self surrender of this defendant shall be continued to the date

17 of August 13, 2007.

18 DATED: August 5, 2007.                  Respectfully submitted,

19                                         MARK J. REICHEL, ESQ.

20                                         /s/ MARK J. REICHEL

21                                         MARK J. REICHEL
                                           Attorney for ROBERT PINNEY
22

23                                         McGREGOR W. SCOTT
                                           United States Attorney
24

25 DATED: August 5, 2007.                  /s/MARK J. REICHEL for:

26                                         ELLEN V. ENDREZZI
                                           Assistant U.S. Attorney
27                                         Attorney for Plaintiff

28

O R D E R

**IT IS SO ORDERED.** All other orders, terms and conditions of the defendant's release shall remain in full force and effect.

Dated: August 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE