| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DAVID M. PORTER, # 127024 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | |
| 6 | Attorney for Defendant |
| | ROBERT STEPHEN PINNEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:04-cr-00241-MCE |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION TO EXONERATE |
| | ) | PROPERTY BOND: ORDER |
| v. | ) | |
| | ) | |
| ROBERT STEPHEN PINNEY, | ) | |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |
| | ) | |

**STIPULATION**

Defendant ROBERT STEPHEN PINNEY hereby moves this Court for an order that the $200,000 property bond posted to secure Mr. Pinney's pretrial release be exonerated and that the Clerk of the Court shall reconvey the real property securing the bond to the surety.

On June 14, 2004, Magistrate Judge Peter A. Nowinski ordered Mr. Pinney released on a $200,000.00 bond secured by equity in Mr. Pinney's residence. The Deed of Trust (DOT receipt #2018143) was posted with the Clerk's Office on June 28, 2004 (Dkt #14) and remains in place.

On December 19, 2006, Mr. Pinney entered a guilty plea to the Superseding Information. On May 17, 2007, the Court sentenced Mr. Pinney to 151 months imprisonment and Supervised Release for a term of 60 months. On March 4, 2015, the Court granted a motion reducing Mr. Pinney's sentence to 121 months. Mr. Pinney was released on May 12, 2016.

Given that Mr. Pinney has complied with all pretrial conditions in this matter and the case is closed, he now moves the Court for an order exonerating the property bond pursuant to Fed. R.

Crim. P. 46(g), thereby reconveying the property to the sureties as set forth in the attached proposed order.

The government confirmed it has no objection to this motion through an email to the undersigned counsel.

Dated: August 18, 2017

<div style="margin-left:50%">
Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender
Attorney for ROBERT STEPHEN PINNEY
</div>

**ORDER**

IT IS HEREBY ORDERED in case no. 2:04-cr-00241-MCE that the Clerk of the Court exonerate the $200,000 bond secured by real property identified as DOT #0002018143 and that the Clerk of the Court reconvey to the surety the real property that was posted as security in this case, free and clear of any federal lien.

IT IS SO ORDERED.

Dated: August 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE