PROB 35 (ED/CA)

# Report and Order Terminating
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | )   |                                        |
|--------------------------|-----|----------------------------------------|
|                          | )   |                                        |
| v.                       | )   |                                        |
|                          | )   | Docket No.:  0972 2:04CR00241-001      |
| Robert Stephen Pinney    | )   |                                        |
|                          | )   |                                        |
|                          | )   |                                        |

On May 17, 2007, the above-named was sentenced to Supervised Release for a period of 5 years. Supervision commenced on May 12, 2016.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/Becky Fidelman
**REBECCA A. FIDELMAN**
**Sr. United States Probation Officer**

Dated: February 13, 2019
Sacramento, California

/s/Michael K. McFarland
**REVIEWED BY:** **MICHAEL K. McFARLAND**
**Supervising United States Probation Officer**

1

**Re:** Robert Stephen Pinney
    Docket No: 0972 2:04CR00241-001
    Report and Order Terminating Supervised Release
    <u>Prior to Original Expiration Date</u>

## ORDER OF COURT

Pursuant to the above report, it is ordered that Robert Stephen Pinney be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated: February 14, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Attachment:  Recommendation

cc:  AUSA
    Supervisee - Robert Stephen Pinney